UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KHA'SUN CREATOR ALLAH

    vs.                                 Case No.   9:14-CV-788   GLS/DJS

JOHN ROSATI, ET AL.

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:             Kha'Sun Creator Allah

2. Prisoner ID #:                99-A-2660

3. Detained by:                  Cayuga Correctional Facility
   2202 State Route 38A
   P.O. Box 1150
   Moravia, New York 13118-1150

4. Detainee is:      (A)   (X)   **Plaintiff in a Civil Action**

                             (B)   ( )   **A witness not otherwise available by the ordinary process of the Court**

**5. Participation of Inmate Kha'Sun Creator Allah (99-A-2660) is hereby ORDERED on <u>Tuesday, June 28, 2016</u> at <u>10:00 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.**

**SO ORDERED,**

Date:  <u>June 14, 2016</u>

                                                        Daniel J. Stewart
                                                        U.S. Magistrate Judge

cc:   Kha'Sun Creator Allah, via U.S. Postal Service
      Cayuga Correctional Facility, via Facsimile and U.S. Postal Service
      Rachel M. Kish, AAG, via CM/ECF