UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**KHA'SUN CREATOR ALLAH**
**( 99-A-2660)**
        Plaintiff,

  -vs                                  Civil Case No. **9:14-CV-788 BKS/DJS**
                                                                       **(CFH)**

**Rosati, et al.**
        Defendants.
_____

**ORDER**

      It appearing that a Writ of Habeas Corpus Ad Testificandum be issued to the Superintendent of Auburn Correctional Facility, or his deputies, for **KHA'SUN CREATOR ALLAH (DIN# 99-A-2660)**, the plaintiff in the above-entitled action, who is in their respective custody and charge, to be produced at **10:00 a.m. on Tuesday, January 31st , 2017** and each day thereafter for the duration of the Court proceeding, at the United States Courthouse at 445 Broadway, Courtroom No. 3, Albany, New York, for the purpose of attending, and participating Mediation Session relative to the above-entitled case before the Honorable Christian F. Hummel. It appears that the plaintiff is presently incarcerated at Auburn Correctional Facility, and it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing the presence of the plaintiff at said proceeding. It is expected that this proceeding will last approximately 1 day. Therefore, it is hereby

      **ORDERED** that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum directing the Superintendent of the above-named facility where said plaintiff is currently housed, or his deputies, to deliver said plaintiff to the Courthouse on the date and time specified above until the completion of this proceding; it is further

      **ORDERED** that a certified copy of this Order and said Writ be served via email and "certified mail - return receipt requested" upon the Superintendent of the named institution.

DATED:     January 25th , 2017                                 */s/ Christian F. Hummel*
                                                                  Christian F. Hummel
                                                                  U.S. Magistrate Judge